UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES VOISIN ET AL

VERSUS

UNITED STATES OF AMERICA ET AL

CIVIL ACTION

NO. 05-1595

SECTION "S"

JUDGMENT

Considering the written order and reasons of the court (documents 58 and 69);

IT IS ORDERED, ADJUDGED, AND DECREED, that there be judgment in favor of defendants State of Louisiana, and Louisiana Land and Exploration Company and against plaintiffs, dismissing plaintiffs claims.

IT IS FURTHER ORDERED, that the claims of plaintiffs against the United States of America is transferred to the Court of Federal Claims pursuant to 28 USC 1631.

New Orleans, Louisiana, this 23rd day of August, 2006.

Mary Ann Vial Lemmon

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE