CLOSED

FILED
JAN 24 2007
U.S. COURT OF FEDERAL CLAIMS

**U. S. District Court**
**Eastern District of Louisiana (New Orleans)**
**CIVIL DOCKET FOR CASE #: 2:05-cv-01595-MVL-SS**
**Internal Use Only**

Voisin et al v. USA et al
Assigned to: Judge Mary Ann Vial Lemmon
Referred to: Magistrate Judge Sally Shushan
Case in other court: USCA 5th Circuit, 06-31116
Cause: 28:2201 Declaratory Judgement

Date Filed: 04/26/2005
Date Terminated: 08/23/2006
Jury Demand: None
Nature of Suit: 290 Real Property: Other
Jurisdiction: U.S. Government Defendant

07 - 54 L

**Plaintiff**

**James Voisin** represented by

**Gladstone N. Jones, III**
Jones, Verras & Freiberg, LLC (Houston)
One Allen Center
500 Dallas Street
Suite P-15
Houston, TX 77002
713-751-8898
Email: cmason@lawjvf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Lewis Kramer**
Elkins, PLC
201 St. Charles Ave.
Suite 4400
New Orleans, LA 70170
504-529-3600
Fax: 504-529-7163
Email: akramer@elkinsplc.com

**Eberhard D. Garrison**
Jones, Verras & Freiberg, LLC (Houston)
One Allen Center
500 Dallas Street
Suite P-15
Houston, TX 77002
713-751-8898

**Frank Charles Dudenhefer, Jr.**

CLERK'S OFFICE
A TRUE COPY
DEC 13 2006
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

Dudenhefer Law Firm, LLC
601 Poydras Street
Suite 2655
New Orleans, LA 70130
504-523-2553
Email: fcdlaw@aol.com
*ATTORNEY TO BE NOTICED*

**Peter Newton Freiberg**
Meiselman, Denlea, Packman, Carton & Eberz, P.C.
1311 Mamaroneck Ave.
White Plains, NY 10602
914-517-5000
Email: pfreiberg@lawjvf.com

**Plaintiff**

**Larry A. Sauce** represented by **Gladstone N. Jones, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Lewis Kramer**
(See above for address)

**Eberhard D. Garrison**
(See above for address)

**Frank Charles Dudenhefer, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Newton Freiberg**
(See above for address)

**Plaintiff**

**Velma V. Borch** represented by **Gladstone N. Jones, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Lewis Kramer**
(See above for address)

**Eberhard D. Garrison**
(See above for address)

**Frank Charles Dudenhefer, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Newton Freiberg**
(See above for address)

**Plaintiff**

**Gladys A. Henry** — represented by **Gladstone N. Jones, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Lewis Kramer**
(See above for address)

**Eberhard D. Garrison**
(See above for address)

**Frank Charles Dudenhefer, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Newton Freiberg**
(See above for address)

**Plaintiff**

**Ernest Burns** — represented by **Gladstone N. Jones, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Lewis Kramer**
(See above for address)

**Eberhard D. Garrison**
(See above for address)

**Frank Charles Dudenhefer, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Newton Freiberg**
(See above for address)

**Plaintiff**

Winona V. Knight | represented by **Gladstone N. Jones, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Lewis Kramer**
(See above for address)

**Eberhard D. Garrison**
(See above for address)

**Frank Charles Dudenhefer, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Newton Freiberg**
(See above for address)

**Plaintiff**

**Charles L. Johnson, Sr.** | represented by **Gladstone N. Jones, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Lewis Kramer**
(See above for address)

**Eberhard D. Garrison**
(See above for address)

**Frank Charles Dudenhefer, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Newton Freiberg**
(See above for address)

**Plaintiff**

**Vera V. Compton** | represented by **Gladstone N. Jones, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Lewis Kramer**
(See above for address)

**Eberhard D. Garrison**

(See above for address)

**Frank Charles Dudenhefer, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Newton Freiberg**
(See above for address)

V.

**Defendant**

**USA**
*TERMINATED: 03/29/2006*

represented by **Glenn Kenneth Schreiber**
U. S. Attorney's Office
Hale Boggs Federal Bldg.
500 Poydras St.
Room 210
New Orleans, LA 70130
504-680-3093
Fax: 504-589-3602
Email: glenn.schreiber@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Louisiana State**

represented by **David Glen Sanders**
Louisiana Department of Justice
Litigation Division
P.O. Box 94005
1885 North 3rd St.
Baton Rouge, LA 70804-9005
225-326-6200
Email: sandersd@ag.state.la.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Robert Creighton**
Louisiana Department of Justice
Litigation Division
P.O. Box 94005
1885 North 3rd St.
Baton Rouge, LA 70804-9005
225-326-6300
Email:
MCreighton@snellingslawfirm.com
*TERMINATED: 01/25/2006*
*LEAD ATTORNEY*

**Patricia Hill Wilton**
Louisiana Department of Justice (BR - P. O. Box)
P. O. Box 94005
Baton Rouge, LA 70804-9095
225-326-6300
Email: wiltonp@ag.state.la.us

**Defendant**

**Louisiana Land and Exploration Company**
*TERMINATED: 08/18/2006*

represented by **Charles Donald Marshall, Jr.**
Milling Benson Woodward, LLP (New Orleans)
LL&E Center
909 Poydras St.
Suite 2300
New Orleans, LA 70112-1010
504-569-7000
Email: marshall@millinglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Neale Schell, Jr.**
Milling Benson Woodward, LLP
214 Third St.
Suite 2B
Baton Rouge, LA 70801-1304
224-382-2113
Email: dschell@millinglaw.com

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2005 | 1 | CLASS ACTION COMPLAINT against all defendants (Filing fee $ 250.) filed by all plaintiffs.4 summons issued.(ijg, ) (Entered: 04/28/2005) |
| 04/26/2005 | 2 | Summons Issued as to USA, Louisiana State, Louisiana Land and Exploration Company. (ijg, ) (Entered: 04/28/2005) |
| 05/02/2005 | 3 | SUMMONS Returned Executed; Louisiana Land and Exploration Company served on 4/29/2005, answer due 5/19/2005. (blg, ) (Entered: 05/03/2005) |
| 05/02/2005 | 4 | SUMMONS Returned Executed; USA served on 4/29/2005, answer due 6/28/2005. (blg, ) (Entered: 05/03/2005) |
| 05/02/2005 | 5 | SUMMONS Returned Executed; Louisiana State served on 4/29/2005, answer due 5/19/2005. (blg, ) (Entered: 05/03/2005) |

| | | |
|---|---|---|
| 05/09/2005 | 6 | SUMMONS Returned Executed; US Atty General served on 5/2/2005, answer due 7/1/2005. (ijg, ) (Entered: 05/10/2005) |
| 05/12/2005 | 7 | Statement of Corporate Disclosure by Louisiana Land and Exploration Company identifying Burlington Resources, Inc. as Corporate Parent. (ijg, ) (Entered: 05/13/2005) |
| 05/12/2005 | 8 | MOTION for Extension of Time to Answer re 1 Complaint by Louisiana Land and Exploration Company. (ijg, ) (Entered: 05/16/2005) |
| 05/16/2005 | 9 | ORDER granting 8 Motion for Extension of Time to Answer as to Louisiana Land and Exploration Company answer due 6/20/2005 . Signed by Judge Mary Ann Vial Lemmon on 5/13/05. (ijg, ) (Entered: 05/16/2005) |
| 06/20/2005 | 10 | ANSWER to Complaint by Defendant Louisiana Land and Exploration Company.(ijg, ) (Entered: 06/21/2005) |
| 06/21/2005 | 11 | MOTION for Extension of Time to Answer re 1 Complaint by USA. (ijg, ) (Entered: 06/23/2005) |
| 06/22/2005 | 12 | ORDER granting 11 Motion for Extension of Time to Answer plas' complaint as to USA answer due 7/18/2005. Signed by Judge Sally Shushan. (ijg, ) (Entered: 06/23/2005) |
| 07/13/2005 | 13 | ORDERED that counsel for plaintff enter a default agst the dfts or SHOW CAUSE as set forth in document. Signed by Judge Mary Ann Vial Lemmon on 7/12/05.(ijg, ) (Entered: 07/14/2005) |
| 07/18/2005 | 14 | ANSWER to Complaint by Defendant USA.(ijg, ) (Entered: 07/20/2005) |
| 07/18/2005 | 16 | MOTION for Entry of Default as to State of Louisiana by all plaintiffs. (gec, ) (Entered: 07/20/2005) |
| 07/19/2005 | 17 | ORDER granting 16 Motion for Entry of Default as to State of Louisiana . Signed by Clerk on 7/19/05. (gec, ) (Entered: 07/20/2005) |
| 07/20/2005 | 15 | NOTICE Scheduling Conference set for 8/18/2005 10:00 AM before courtroom deputy by telephone. Signed by Clerk.(cbn, ) (Entered: 07/20/2005) |
| 07/21/2005 | 18 | NOTICE Scheduling Conference set for 8/19/2005 10:00 AM before courtroom deputy by telephone. Signed by Clerk.(cbn, ) (Entered: 07/21/2005) |
| 07/22/2005 | 20 | MOTION for Extension of Time to File Motion for Class Certification by all plaintiffs. (ijg, ) (Entered: 07/26/2005) |
| 07/26/2005 | 19 | NOTICE Scheduling Conference set for 8/25/2005 10:00 AM before courtroom deputy by telephone. Signed by Clerk.(cbn, ) (Entered: 07/26/2005) |
| 07/26/2005 | 21 | ORDER granting 20 Motion for Extension of Time to File Motion for Class Certification. Signed by Judge Mary Ann Vial Lemmon on 7/25/05. |

| | | |
|---|---|---|
| | | (ijg, ) (Entered: 07/26/2005) |
| 07/29/2005 | 22 | MOTION to Certify Class by all plaintiffs. Motion Hearing set for 8/24/2005 10:00 AM before Judge Mary Ann Vial Lemmon. (ijg, ) (Entered: 08/01/2005) |
| 07/29/2005 | 23 | MOTION to Dismiss Plaintiff's Class Action Complaint pursuant to FRCP 12(b)(6) by Louisiana State. Motion Hearing set for 8/24/2005 10:00 AM before Judge Mary Ann Vial Lemmon. (ijg, ) (Entered: 08/01/2005) |
| 08/03/2005 | 24 | MOTION to Set Aside 17 Entry of Default by Louisiana State. Motion Hearing set for 9/7/2005 10:00 AM before Judge Mary Ann Vial Lemmon. (ijg, ) (Entered: 08/04/2005) |
| 08/08/2005 | 25 | MOTION to Dismiss Case by USA. Motion Hearing set for 8/24/2005 10:00 AM before Judge Mary Ann Vial Lemmon. (ijg, ) (Entered: 08/09/2005) |
| 08/09/2005 | 26 | ORDER Setting/Resetting Hearing on 24 MOTION to Set Aside re 17 Order on Motion for Entry of Default: Motion Hearing set for 8/24/2005 before Judge Mary Ann Vial Lemmon. Signed by Judge Mary Ann Vial Lemmon.(ijg, ) (Entered: 08/09/2005) |
| 08/11/2005 | 29 | MOTION to Appear as Co-Counsel of Record and be Designated as Trial Counsel by Michael Robert Creighton on behalf of Louisiana State. (ijg, ) (Entered: 08/22/2005) |
| 08/12/2005 | 30 | ORDER granting 29 Motion to Appear as Co-Counsel and be Designated as Trial Counsel by Michael Creighton. Signed by Judge Mary Ann Vial Lemmon. (ijg, ) (Entered: 08/22/2005) |
| 08/15/2005 | 27 | MOTION to Continue Hearings set on 8/24/2005 by all plaintiffs. (ijg, ) (Entered: 08/19/2005) |
| 08/17/2005 | 28 | ORDERED that the 27 motion to continue hearings set on 8/24/05 is granted, and that the hearings on 25 MOTION to Dismiss Case, 24 MOTION to Set Aside entry of default, and 23 MOTION to Dismiss Case are continued until 9/7/2005. Further Ordered that the hrg on the motion for class certification by plas is continued without date to be reset upon the resolution of the pending motions to dismiss. Signed by Judge Mary Ann Vial Lemmon on 8/16/05.(ijg, ) (Entered: 08/19/2005) |
| 08/19/2005 | | (Court only) ***Deadlines terminated. (ijg, ) (Entered: 08/19/2005) |
| 09/28/2005 | 31 | MEMORANDUM filed by Louisiana Land and Exploration Company in support of MOTIONS to Dismiss Case 23 25.(ijg, ) (Entered: 10/04/2005) |
| 10/06/2005 | 32 | NOTICE Scheduling Conference set for 10/20/2005 10:30 AM before courtroom deputy by telephone, by Clerk.(gec, ) (Entered: 10/13/2005) |
| 10/17/2005 | 33 | Request/Statement of Oral Argument by all plaintiffs regarding 23 MOTION to Dismiss Case, 25 MOTION to Dismiss Case. (ijg, ) (Entered: 10/18/2005) |

| | | |
|---|---|---|
| 10/17/2005 | 34 | RESPONSE to Motion filed by all plaintiffs re 25 MOTION to Dismiss Case. (ijg, ) (Entered: 10/18/2005) |
| 10/17/2005 | 35 | RESPONSE to Motion filed by all plaintiffs re 23 MOTION to Dismiss Case. (ijg, ) (Entered: 10/18/2005) |
| 10/18/2005 | 36 | MOTION to Continue Preliminary Conference by Louisiana State. (ijg, ) (Entered: 10/28/2005) |
| 10/24/2005 | 38 | ORDER Setting on MOTIONS to Dismiss Case 23 & 25: Motion Hearing set for 11/30/2005 10:00 AM before Judge Mary Ann Vial Lemmon. A further telephone conference, if necessary, will be held on 1/12/2006 at 10:00 AM. Signed by Courtroom Deputy Cesyle Nelson for Judge Mary Ann Vial Lemmon on 10/20/2005.(caa, ) (Entered: 10/31/2005) |
| 10/24/2005 | | (Court only) Set Hearings Conference set for 1/12/2006 10:00 AM before courtroom deputy by telephone, by Clerk. (caa, ) (Entered: 10/31/2005) |
| 10/28/2005 | 37 | ORDER Granting 36 MOTION to Continue Preliminary Conference filed by Louisiana State as set forth in document. Signed by Judge Mary Ann Vial Lemmon.(ijg, ) (Entered: 10/28/2005) |
| 11/02/2005 | 39 | RESPONSE to Motion filed by all plaintiffs re 24 MOTION to Set Aside re 17 Order on Motion for Entry of Default. (ijg, ) (Entered: 11/03/2005) |
| 11/14/2005 | 40 | MOTION to Substitute corrected pages by USA. (ijg, ) (Entered: 11/14/2005) |
| 11/14/2005 | 41 | ORDER granting 40 Motion to Substitute corrected pages. . Signed by Judge Mary Ann Vial Lemmon on 11/10/05. (ijg, ) (Entered: 11/14/2005) |
| 11/14/2005 | 42 | REPLY to Response to Motion filed by USA re 25 MOTION to Dismiss Case. (ijg, ) (Entered: 11/14/2005) |
| 11/14/2005 | 43 | REPLY to Response to Motion filed by Louisiana State re 23 MOTION to Dismiss Case. (caa, ) (Entered: 11/21/2005) |
| 11/18/2005 | 44 | ORDER granting 24 Motion to Set Aside Entry of Default . Signed by Judge Mary Ann Vial Lemmon on 11/17/05. (ijg, ) (Entered: 11/22/2005) |
| 11/28/2005 | 45 | MOTION to Appear as Co-Counsel of Record by all plaintiffs. (ijg, ) (Entered: 12/01/2005) |
| 11/29/2005 | 46 | ORDER granting 45 Motion to Appear as Co-Counsel filed by Frank C. Dudenhefer. Signed by Judge Mary Ann Vial Lemmon. (ijg, ) (Entered: 12/01/2005) |
| 11/30/2005 | 47 | Minute Entry for proceedings held before Judge Mary Ann Vial Lemmon : Motion Hearing held on 11/30/2005 re 23 MOTION to Dismiss Case filed by Louisiana State,, 25 MOTION to Dismiss Case filed by USA,. (Court Reporter Bonnie Hebert.) (ijg, ) (Entered: 12/01/2005) |
| 11/30/2005 | | (Court only) ***Motions Submitted: 23 MOTION to Dismiss Case, 25 MOTION to Dismiss Case (ijg, ) (Entered: 12/01/2005) |

| | | |
|---|---|---|
| 12/09/2005 | 48 | MOTION for Leave to File Suppl Memo in Opp to Motions to Dismiss by all plaintiffs. (ijg, ) (Entered: 12/14/2005) |
| 12/13/2005 | 49 | ORDER granting 48 Motion for Leave to File Suppl Memo in Opp to Motions to Dismiss. Signed by Judge Mary Ann Vial Lemmon. (ijg, ) (Entered: 12/14/2005) |
| 12/13/2005 | 50 | Supplemental Memorandum filed by all plaintiffs, in opposition of 23 MOTION to Dismiss Case, 25 MOTION to Dismiss Case. (ijg, ) Modified on 12/15/2005 (ijg, ). (Entered: 12/14/2005) |
| 12/15/2005 | 51 | MOTION for Leave to File Reply by Louisiana Land and Exploration Company. (ijg, ) (Entered: 12/20/2005) |
| 12/20/2005 | 52 | ORDER granting 51 Motion for Leave to File Reply. Signed by Judge Mary Ann Vial Lemmon on 12/19/2005. (ijg, ) (Entered: 12/20/2005) |
| 12/20/2005 | 53 | REPLY to Response to Motion filed by Louisiana Land and Exploration Company re 23 MOTION to Dismiss Case, 25 MOTION to Dismiss Case. (ijg, ) (Entered: 12/20/2005) |
| 01/17/2006 | | (Court only) ***Hearings terminated. (ijg, ) (Entered: 01/17/2006) |
| 01/24/2006 | 54 | MOTION to Withdraw Michael Creighton as Attorney by Louisiana State. (ijg, ) (Entered: 01/26/2006) |
| 01/25/2006 | 55 | ORDER granting 54 Motion to Withdraw as Attorney as to Michael Robert Creighton . Signed by Judge Mary Ann Vial Lemmon. (ijg, ) (Entered: 01/26/2006) |
| 02/14/2006 | 56 | MOTION to Appear as Co-Counsel of Record by Louisiana State. (ijg, ) (Entered: 02/16/2006) |
| 02/15/2006 | 57 | ORDER granting 56 Motion to Appear as Co-Counsel . Signed by Judge Mary Ann Vial Lemmon. (ijg, ) (Entered: 02/16/2006) |
| 03/29/2006 | 58 | ORDER granting 23 Motion to Dismiss Case, denying 25 Motion to Dismiss Case . Further Ordered that plas' claim agst the USA is Transferred to the Court of Federal Claims. Signed by Judge Mary Ann Vial Lemmon. (ijg, ) (Entered: 03/30/2006) |
| 04/13/2006 | 59 | MOTION to Clarify Order & Reasons, or alternatively, to Alter or Amend Judgment 58 Order on Motion to Dismiss Case, by all plaintiffs. Motion Hearing set for 5/31/2006 10:00 AM before Judge Mary Ann Vial Lemmon. (caa, ) Modified on 5/10/2006 (ijg, ). (Entered: 04/14/2006) |
| 04/20/2006 | 60 | MOTION to Dismiss Case by Louisiana Land and Exploration Company. Motion Hearing set for 5/31/2006 10:00 AM before Judge Mary Ann Vial Lemmon. (Attachments: # 1 Memorandum in Support # 2 Notice of Hearing)(ijg, ) (Entered: 04/21/2006) |
| 04/27/2006 | 61 | NOTICE Scheduling Conference set for 6/22/2006 10:00 AM before courtroom deputy by telephone. Signed by clerk.(cbn, ) (Entered: 04/27/2006) |

| | | |
|---|---|---|
| 05/09/2006 | 62 | MOTION for Reconsideration (and Reply to pla's motion to clarify order and reasons etc.) re 58 Order and Reasons entered on 3/29/2006 ; Motion for Reconsideration filed by USA. Motion Hearing set for 5/31/2006 10:00 AM before Judge Mary Ann Vial Lemmon. (Attachments: # 1 Memorandum in Support # 2 Exhibit # 3 Notice of Hearing)(ijg, ) (Entered: 05/10/2006) |
| 05/23/2006 | 63 | RESPONSE/MEMORANDUM in Opposition filed by all plaintiffs re 60 MOTION to Dismiss Case. (Kramer, Andrew) (Entered: 05/23/2006) |
| 05/23/2006 | 64 | RESPONSE/MEMORANDUM in Opposition filed by all plaintiffs re 62 MOTION for Reconsideration re 58 Order on Motion to Dismiss Case, ; Motion for Reconsideration filed. (Kramer, Andrew) (Entered: 05/23/2006) |
| 05/25/2006 | 65 | EXPARTE/CONSENT MOTION for Leave to File Reply to Plaintiff's Memorandum in Opposition to Motion to Dismiss by Louisiana Land and Exploration Company. (gec, ) (Entered: 06/01/2006) |
| 05/30/2006 | 66 | ORDER granting 65 Motion for Leave to File Reply. Signed by Judge Mary Ann Vial Lemmon on 5/30/06. (gec, ) (Entered: 06/01/2006) |
| 05/30/2006 | 67 | REPLY to Response to Motion filed by Louisiana Land and Exploration Company re 60 MOTION to Dismiss Case. (gec, ) (Entered: 06/01/2006) |
| 05/31/2006 | | (Court only) ***Motions Submitted: 62 MOTION for Reconsideration re 58 Order on Motion to Dismiss Case, ; Motion for Reconsideration filed, 59 MOTION Clarify Order & Reasons, or alternatively, MOTION to Alter Judgment 58 Order on Motion to Dismiss Case, MOTION to Alter Judgment 58 Order on Motion to Dismiss Case,, 60 MOTION to Dismiss Case (ijg, ) (Entered: 06/06/2006) |
| 07/25/2006 | 68 | NOTICE Scheduling Conference set for 8/24/2006 10:00 AM before courtroom deputy by telephone. Signed by clerk.(cbn, ) (Entered: 07/25/2006) |
| 08/18/2006 | 69 | ORDER denying 59 Motion to Clarify Order & Reasons, denying 59 Motion to Alter Judgment, granting 60 Motion to Dismiss Case, denying 62 Motion for Reconsideration . Signed by Judge Mary Ann Vial Lemmon. (ijg, ) (Entered: 08/21/2006) |
| 08/23/2006 | 70 | JUDGMENT in favor of dfts and against plas. Further Ordered that the claims of plas agst USA is transferred to the Court of Federal Claims. Signed by Judge Mary Ann Vial Lemmon.(ijg, ) Memo Copy of Letter to Court of Federal Claims added on 8/29/2006 (ijg, ). Modified on 8/29/2006 (ijg, ). (Entered: 08/23/2006) |
| 10/20/2006 | 71 | DEFICIENT: NOTICE OF APPEAL by all parties as to 70 Judgment,. Filing fee $ 455. (Schreiber, Glenn) Modified on 10/20/2006 (bbc, ). (Entered: 10/20/2006) |

| | | |
|---|---|---|
| 10/20/2006 | 72 | NOTICE OF DEFICIENT DOCUMENT: re 71 Notice of Appeal. Reason(s) of deficiency: Incorrect, illegible or incomplete document or improper formatting of PDF. INCORRECT IMAGE ATTACHED PER FILER. For corrective information, see section(s) D01 on http://www.laed.uscourts.gov/cmecf/Deficiency/deficiency.htm **Attention: Document must be refiled in its entirety within five (5) working days. Otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 10/27/2006.** (bbc, ) (Entered: 10/20/2006) |
| 10/23/2006 | 73 | NOTICE OF APPEAL by USA as to 70 Judgment,. Filing fee $ 455. (Schreiber, Glenn) (Entered: 10/23/2006) |
| 10/23/2006 | | (Court only) DEFICIENT FILING DEADLINE TERMINATED : re 71 Notice of Appeal. (ijg, ) (Entered: 10/24/2006) |
| 10/30/2006 | 74 | EXPARTE/CONSENT MOTION to Withdraw Document re 73 Notice of Appeal by USA. (Attachments: # 1 Proposed Order)(Schreiber, Glenn) (Entered: 10/30/2006) |
| 10/31/2006 | 75 | ORDER granting 74 Motion to Dismiss 73 Notice of Appeal . Signed by Judge Mary Ann Vial Lemmon. (car, ) (Entered: 11/01/2006) |
| 10/31/2006 | | (Court only) ***Documents terminated: 73 Notice of Appeal filed by USA,. (car, ) (Entered: 11/01/2006) |
| 11/06/2006 | 76 | (Court only) Receipt of Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 73 Notice of Appeal; Case Appealed to USCA 5th Circuit Case Number 06-31116 (cab, ) (Entered: 11/09/2006) |
| 11/22/2006 | 77 | ORDER of USCA dismissing case re73 Notice of Appeal filed by USA (ala) (Entered: 12/04/2006) |