# In the United States Court of Federal Claims

No. 07-54 L
(Filed March 14, 2007)

| | |
|---|---|
| JAMES VOISIN, et al., | * |
| | * |
| *Plaintiffs,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant.* | * |

**ORDER**

On January 23, 2007, the court received the above-referenced matter from the U.S. District Court for the District of Louisiana. Pursuant to Rule 3.1(a)(2) of the Rules of the United States Court of Federal Claims, plaintiffs' transferred/amended complaint was due to have been filed on or before February 26, 2007. However as of the filing of this order, plaintiffs' attorney, Gladstone Jones, III, Esq., has not been admitted before this court's bar. On March 12, 2007, the Clerk's office telephoned Mr. Jones' office to inform him of the procedures to become a member of this court's bar.

Therefore, the court finds it appropriate to grant plaintiffs an additional forty-five days, to and including April 30, 2007, within which to allow plaintiffs' counsel time to be admitted before the court, obtain an electronic filing account and file plaintiffs' transferred/amended complaint.

Accordingly, it is hereby **ORDERED** that plaintiffs' Transferred/Amended Complaint shall be **FILED** on or before **April 30, 2007**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge