# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
James Voisin, Larry A. Sauce, Velma V. Borch, Ernest Burns, Winona V. Knight, Charles L. Johnson, Jr. and Vera V. Compton

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Gladstone N. Jones, III

Firm Name: Jones, Verras & Freiberg

Post Office Box:

Street Address: 601 Poydras Street, Suite 2655

City-State-Zip: New Orleans, Louisiana 70130

Telephone & Facsimile Numbers: (504) 523-2500; (504) 523-2508 (Facsimile)

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ■ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 1 4

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O I

See attached sheet for three-digit codes.

Amount Claimed: $ In excess of 100 million

Use estimate if specific amount is not pleaded.

RECEIVED
APR 10 2007
United States Court of Appeals
For The Federal Circuit

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ■ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

**ALPHABETICAL LIST OF PLAINTIFFS**

1. Velma V. Borch;
2. Ernest Burns;
3. Vera V. Compton;
4. Charles L. Johnson, Sr.;
5. Winona V. Knight;
6. Larry A. Sauce; and
7. James Voisin.