IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES VOISIN, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07-54-L |
| | ) | |
| v. | ) | Judge Lynn J. Bush |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of HelenAnne Listerman as attorney for Defendant, United States of America. Service of all papers by regular U.S. Mail should be made to the following address:

HelenAnne Listerman
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
202-305-0239 (phone)
202-305-0506 (facsimile)

All hand or overnight deliveries should be made to the following street address:

HelenAnne Listerman
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3133
Washington, D.C. 20004

Dated: June 5, 2007

Respectfully Submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

s/ HelenAnne Listerman
HELENANNE LISTERMAN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
202-305-0239 (phone)
202-305-0506 (fax)
HelenAnne.Listerman@usdoj.gov