ORIGINAL

FILED
JUL 1 6 2007
U.S. COURT OF FEDERAL CLAIMS

By Leave of the Judge

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JAMES VOISIN, ET AL.,** | * | |
| | * | |
| **Plaintiffs,** | * | **NO. 07-54 L** |
| | * | |
| **VERSUS** | * | **Judge Lynn J. Bush** |
| | * | |
| **THE UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, James Voisin, et al., who respectfully request that this Honorable Court grant them an additional thirty (30) days, until Monday, August 13, 2007, to respond to the Motion to Dismiss filed by Defendant, the United States of America. This enlargement of time is necessary because of the significant legal issues raised in the Motion to Dismiss and due to undersigned counsel's current trial schedule. Counsel for Plaintiffs has discussed this motion with counsel for Defendant and has been advised that Defendant has no opposition or objection to the granting of this request for a thirty-day enlargement of time.

Respectfully submitted,

**GLADSTONE N. JONES, III**
**LYNN E. SWANSON**
**JONES, VERRAS & FREIBERG, L.L.C.**
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508
E-mail: gjones@lawjvf.com

**Counsel for Plaintiffs**

**Of Counsel:**

**ANDREW L. KRAMER**
**ELKINS, P.L.C.**
201 St. Charles Avenue, Suite 4400
New Orleans, Louisiana 70170
Telephone: (504) 529-3600
Facsimile: (504) 529-7163
E-mail: akramer@elkinsplc.com

**FRANK C. DUDENHEFER, JR.**
**THE DUDENHEFER LAW FIRM, L.L.C.**
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 525-2553
Facsimile: (504) 523-2508
E-mail: FCDlaw@aol.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Unopposed Motion for Enlargement of Time has been served on Defendant on this 9th day of July, 2007, by electronic mail, upon its counsel of record:

Helenanne Listerman, Esq.
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

**Gladstone N. Jones, III**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JAMES VOISIN, ET AL.,** | * | |
| | * | |
| **Plaintiffs,** | * | **NO. 07-54 L** |
| | * | |
| **VERSUS** | * | **Judge Lynn J. Bush** |
| | * | |
| **THE UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Unopposed Motion for Enlargement of Time filed by Plaintiffs, James Voisin, et al., in which it is stated that Defendant has no objection,

**IT IS HEREBY ORDERED** that the Unopposed Motion for Enlargement of Time filed by Plaintiffs, James Voisin, et al., be and it is **GRANTED** and that Plaintiffs have until Monday, August 13, 2007, to file its response to Defendant's Motion to Dismiss.

______________________________
**JUDGE LYNN J. BUSH**

Dated: Washington, D.C.
July ____, 2007