# In the United States Court of Federal Claims

No. 07-54 L

(Filed July 16, 2007)

* * * * * * * * * * * * * * * * * * *
JAMES VOISIN, et al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * *

**ORDER**

On July 10, 2007, the Clerk's Office received from plaintiff an Unopposed Motion for Enlargement of Time of thirty days, to and including August 13, 2007, to respond to the defendant's motion to dismiss. The Clerk's Office stated the submission was defective because it was received in paper format. On January 24, 2007, the subject matter was designated as an electronic filing case (EFC) in the court's case management/electronic case filing (CM/ECF) system. The matter was referred for a ruling.

In order to file documents and receive service in CM/ECF, attorneys of record must have a CM/ECF account. As of the date of the filing of this order, Gladstone N. Jones, III, plaintiffs' attorney of record, has not obtained a CM/ECF account. Since plaintiffs' motion is unopposed, the court shall grant plaintiffs' enlargement of time. However, plaintiffs' counsel is reminded a second time, once before in the court's order of March 14, 2007, that a CM/ECF account shall be obtained and absent extraordinary circumstances, no future paper filings shall be allowed in this matter.

Accordingly, it is hereby **ORDERED** that

(1) The Clerk's Office is directed to **FILE** plaintiffs' Unopposed Motion for Enlargement of Time, by leave of the court, as of the date of this order; and

(2) Once filed, plaintiffs' motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge