**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JAMES VOISIN, ET AL.,** | * | |
| | * | |
| **Plaintiffs,** | * | **NO. 07-54 L** |
| | * | |
| **VERSUS** | * | **Judge Lynn J. Bush** |
| | * | |
| **THE UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Unopposed Motion for Extension of Time filed by Plaintiffs, James Voisin, et al., in which it is stated that Defendant has no objection,

**IT IS HEREBY ORDERED** that the Second Unopposed Motion for Extension of Time filed by Plaintiffs, James Voisin, et al., be and it is **GRANTED** and that Plaintiffs have until Friday, August 17, 2007, to file their response to Defendant's Motion to Dismiss.

____________________________________
**JUDGE LYNN J. BUSH**

Dated: Washington, D.C.
August ____, 2007