# In the United States Court of Federal Claims

No. 07-54 L

(Filed August 13, 2007)

* * * * * * * * * * * * * * * * * *
JAMES VOISIN, et al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * *

**ORDER**

On August 13, 2007, plaintiffs filed a Second Unopposed Motion for Extension of Time of four days, to and including August 17, 2007, to respond to the defendant's motion to dismiss. Accordingly, it is hereby **ORDERED** that plaintiffs' motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge