# In the United States Court of Federal Claims

**No. 07-54 L**

**JAMES VOISIN, et al.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed January 4, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice. Each party shall bear its own costs.

John S. Buckley
Acting Clerk of Court

January 10, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.